**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| Jose Rodriguez, | Case No. 5:26-cv-3723 |
| *Plaintiff,* | |
| v. | |
| Wealth Firms, *et al.,* | |
| *Defendants.* | **Declaration of Evan Cole** |

I, Evan Cole, state and swear as follows.

## I.     Introduction

1.     My name is Evan Cole. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2.     I am the Head of Investigations at CyberJustice Law Group. I am experienced in blockchain investigations and am knowledgeable about the pig-butchering scam epidemic and the tactics of cybercriminals like the Defendants in this case. I hold the Blockchain Intelligence Group Advanced Certified Cryptocurrency Investigator certification, the Lukka Data Solutions Cryptocurrency Asset Investigations I certification, and the Chainalysis Reactor and Chainalysis Cryptocurrency Fundamentals certifications.

## II.    Pig-Butchering Scams

3.    I have reviewed the Verified Complaint filed in this matter, including its factual allegations concerning how the Defendants' pig-butchering scheme was carried out against Jose Rodriguez. Based on my training and professional experience investigating pig-butchering scams, the facts alleged in the Complaint are consistent with the characteristics and methods of pig-butchering scams as I have observed them in my professional work. The method of initial contact, the phases in which the scam progressed, the degree of emotional and psychological manipulation involved, and the nature of the fraudulent investment platform are all hallmarks of a pig-butchering operation.

## III.    Blockchain Background

4.    I have reviewed the sections of the Complaint concerning blockchain technology, blockchain-tracing methodologies, and crypto-asset recovery methods. Based on my training and experience, I verify that the statements set out there are true and correct.

## IV.    Blockchain Tracing

5.    I used the blockchain tracing tools Chainalysis Reactor, Lukka Investigator, and Blockchain Intelligence Group Compliance Suite in this investigation. I traced the initial cryptocurrency transfers completed by Mr. Rodriguez through the initial receiving addresses provided by the Defendants and identified subsequent asset transfers consistent with known

cryptocurrency-related fraud patterns. My analysis revealed that portions of Mr. Rodriguez's funds were transferred to addresses associated with major exchanges Binance and OKX, which served as the primary off-ramps for the scheme. These findings preserved the identification of potentially recoverable assets and mapped the movement of funds into identifiable exchange-held accounts. The Target Addresses and their associated exchanges are set forth below.

| Target Address | Associated Exchange |
| --- | --- |
| bc1qa3vru9fuktdlwv7mg4r6a857rl7r5kx37m947m | Binance |
| 0x70e8fbf7fa9873f7e0a71b967d9f64a4e7a989f6 | OKX |

### V.    Open-Source Intelligence Investigation

6.    I conducted an open-source intelligence investigation in this case. I found that Mr. Rodriguez communicated with several individuals involved in the scam through WhatsApp, which may hold records identifying those users. My investigation further determined that the fraudulent websites used in the scheme, such as wealthfrontstock.com and wealthfrontes.com, were registered with Namecheap, Inc. and NameSilo LLC, and are hosted on infrastructure controlled by Akamai International, B.V. and NetZero, Inc., respectively. Registrars and hosts may have data that reveal the identities and locations of those responsible for operating these sites. Additionally, financial tracing linked the majority of Mr. Rodriguez's

stolen funds to deposit accounts at Binance and OKX, whose records could identify the individuals who received and controlled the proceeds of the scam. These findings are significant because they identify key parties likely to be in possession of biographical and financial information about the perpetrators of the scam.

### VI.    Subpoena Targets

7.    Mr. Rodriguez set out the proposed subpoena targets in the Motion. I explain the connection of each of these subpoena targets to this case below.

8.    These subpoena targets are likely to be in possession of biographical, contact, payments, and/or account-activity information about the Defendants. Businesses like those operated by the proposed subpoena targets typically maintain such information in databases that allow for straightforward data isolation and export, such that the burden of providing the information requested will be minimal.

| Subpoena Target | Connection to Case |
| --- | --- |
| WhatsApp, LLC | Mr. Rodriguez communicated with various individuals affiliated with the scam via WhatsApp. WhatsApp may possess information about the various users. |
| Namecheap, Inc. | Namecheap is the registrar of the wealthfrontstock.com web domain. They may possess information about the domain's operators. |

| | |
|---|---|
| NameSilo LLC | Namesilo is the domain registrar for wealthfrontes.com. They may possess information about the domain's operators. |
| Binance | The majority of Mr. Rodriguez's funds were traced to a deposit address at Binance. Binance will possess information about the accountholder associated with this address. |
| OKX | A portion of Mr. Rodriguez's stolen funds were traced to a deposit address at OKX. OKX will possess information about the accountholder(s) associated with the address. |
| Akamai International, B.V. | The wealthfrontstock.com domain is hosted on IP addresses belonging to Akamai International, B.V., an ISP headquartered in Massachusetts. They may possess information about the domain's operators. |
| NetZero, Inc. | The wealthfrontes.com site is hosted on IP addresses belonging to NetZero. They may possess information about the domain's operators. |

## VII.   Service Targets

9.     I identified the following methods through which the Defendants communicated or transacted with the Plaintiff, and by which they can receive alternate service of process.

| Target | Method | Explanation |
|---|---|---|
| Wealth Firms | NFT Transfer | The Defendants induced Mr. Rodriguez to transfer his assets to blockchain addresses capable of receiving service via NFT transfer. |

| Wealth Firms | Whatsapp | Representatives of WealthFirms communicated with Mr. Rodriguez via WhatsApp. |
| Nicole Bailey | Whatsapp | Bailey communicated with Mr. Rodriguez via WhatsApp. |

[SIGNATURE PAGE FOLLOWS]

VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

**Evan Cole**
Head of Investigations
CyberJustice Law Group
evan@cyberjusticelaw.com
2026-05-11