**AUNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| Jose Rodriguez, | Case No. 5:26-cv-3723 |
| *Plaintiff*, | |
| v. | |
| Wealth Firms, *et al.*, | |
| *Defendants*. | **Declaration of Alexander Crous** |

I, Alexander Crous, state and swear as follows.

1.      My name is Alexander Crous. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Jose Rodriguez.

2.      I personally drafted Plaintiff's Emergency Motion for *Ex Parte* Temporary Restraining Order, Preliminary Injunction, Expedited Discovery, and Alternative Service, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

1

## SIGNATURE PAGE

THE HODA LAW FIRM

_(signature)_

_____

Alexander J. Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste. 101 PMB 51811
Houston, TX 77098
o. (832) 838-0036
alex@thehodalawfirm.com

_Attorney for Plaintiff_